**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| JARVIS AUGUSTUS WARE, | : | |
| Plaintiff, | : | |
| v. | : | 1:07-CV-129 (WLS) |
| LT. LANEY, et. al., | : | |
| | : | 42 U.S.C. § 1983 |
| Defendants. | : | |

## **O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 4), filed September 21, 2007. It is recommended that certain claims and Defendant be dismissed from the action. (Doc. No. 4). The Magistrate Judge recommends that (1) Plaintiff's grievance claim be dismissed; and, (2) Defendant James Donald be dismissed from the action. Plaintiff has not filed an objection.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's grievance claim and the claim against Defendant James Donald are **DISMISSED.**

SO ORDERED, this  8th  day of May, 2008.

                                                            /s/W. Louis Sands
                                                           **W. Louis Sands, Judge**
                                                           **United States District Court**